**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**ADA B. TRONCOSO,**

     **Plaintiff**

**v.**            **Civil No. 1:13-cv-00390-LO-JFA**

**BANK OF AMERICA, N.A.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC.,**

    **Defendants.**

## NOTICE OF APPEARANCE

   Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris

Boulevard, Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this

case on behalf of the Plaintiff.

   Please copy him with all matters in this case.

            **ADA B. TRONCOSO,**

            _____/s/_____

            Leonard A. Bennett, Esq.
            VSB #37523
            Attorney for Plaintiff
            CONSUMER LITIGATION
            ASSOCIATES, P.C.
            763 J. Clyde Morris Boulevard, Suite 1-A
            Newport News, Virginia 23601
            (757) 930-3660 - Telephone
            (757) 930-3662 – Facsimile
            E-mail:  lenbennett@clalegal.com