AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Ada B. Troncoso, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00390-LO-JFA |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bank of America, N.A.                                                                                       .

Date:   04/25/2013                                               /s/ Jeffrey D. McMahan, Jr.
                                                                          *Attorney's signature*

                                                             Jeffrey D. McMahan, Jr. (VSB #77067)
                                                                    *Printed name and bar number*

                                                                         McGuireWoods LLP
                                                                          One James Center
                                                                         901 East Cary Street
                                                                      Richmond, Virginia 23219
                                                                                *Address*

                                                                  jmcmahan@mcguirewoods.com
                                                                            *E-mail address*

                                                                            (804) 775-1132
                                                                          *Telephone number*

                                                                            (804) 698-2092
                                                                             *FAX number*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2013, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Leonard A. Bennett (VSB # 37523)
>Susan M. Rotkis (VSB # 40693)
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Boulevard, Suite 1-A
>Newport News, Virginia 23601
>
>Kristi Cahoon Kelly (VSB # 72791)
>Andrew J. Guzzo (VSB # 82170)
>SUROVELL, ISAACS, PETERSEN & LEVY, PLC
>4010 University Drive, Second Floor
>Fairfax, Virginia 22030

   /s/ Jeffrey D. McMahan, Jr.