**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ADA B. TRONCOSO, ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:13-cv-00390-LO-JFA |
| ) | |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | |
|     *Defendants*. ) | |
| _____ ) | |

**RULE 7.1 DISCLOSURE STATEMENT BY**
**DEFENDANT BANK OF AMERICA, N.A.**

Defendant Bank of America, N.A. ("BANA"), by and through counsel and pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of this Court, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, files this Disclosure Statement and certifies that the following are parents, trusts, subsidiaries, and/or affiliates of BANA that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

    BANA is 100% owned by BANA Holding Corporation.

    BANA Holding Corporation is 100% owned by BAC North America Holding Company.

    BAC North America Holding Company is 100% owned by NB Holdings Corporation.

    NB Holdings Corporation is 100% owned by Bank of America Corporation.

    Bank of America Corporation is a publicly-held corporation.

    No publicly-held corporation owns more than 10% of Bank of America Corporation.

BANA reserves the right to supplement this Disclosure Statement as appropriate.

Dated: April 25, 2013                                           Respectfully submitted,

**BANK OF AMERICA, N.A.**

By:   /s/                

Robert W. McFarland (VSB No. 24021)  
MCGUIREWOODS LLP  
9000 World Trade Center  
Norfolk, Virginia 23510  
Phone: (757) 640-3700  
Fax: (757) 640-3966  
rmcfarland@mcguirewoods.com  

Brian E. Pumphrey (VSB No. 47312)  
Jeffrey D. McMahan, Jr. (VSB No. 77067)  
MCGUIREWOODS LLP  
One James Center  
901 East Cary Street  
Richmond, Virginia 23219  
Phone: (804) 775-1000  
Fax: (804) 775-1061  
bpumphrey@mcguirewoods.com  
jmcmahan@mcguirewoods.com  

Anand V. Ramana (VSB No. 65852)  
MCGUIREWOODS LLP  
2001 K Street, NW, Suite 400  
Washington, DC 20006  
Tel: (202) 857-1734  
Fax: (202) 828-2973  
aramana@mcguirewoods.com  

*Counsel for Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2013, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Leonard A. Bennett (VSB # 37523)
>Susan M. Rotkis (VSB # 40693)
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Boulevard, Suite 1-A
>Newport News, Virginia 23601
>
>Kristi Cahoon Kelly (VSB # 72791)
>Andrew J. Guzzo (VSB # 82170)
>SUROVELL, ISAACS, PETERSEN & LEVY, PLC
>4010 University Drive, Second Floor
>Fairfax, Virginia 22030

   /s/ Jeffrey D. McMahan, Jr.