AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Ada B. Troncoso | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-390-TSE |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Experian Information Solutions, Inc.

Date: 04/29/2013

*Attorney's signature*

Mark R. Lentz (VSB 77755)
*Printed name and bar number*
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001

*Address*

mrlentz@jonesday.com
*E-mail address*

(202) 879-3490
*Telephone number*

(202) 626-1700
*FAX number*