IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ADA B. TRONCOSO,

        **Plaintiff**

v.                                  CIVIL ACTION NO. 1:13-cv-00390-LO-JFA

BANK OF AMERICA, N.A., *et al*

        **Defendants**

## NOTICE OF APPEARANCE

    Susan M. Rotkis, of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601 hereby notes her appearance as counsel in this case on behalf of the Plaintiff.

    Please copy her with all matters in this case.

                                  ADA B. TRONCOSO

                                  _____/s/_____
                                  Susan M. Rotkis
                                  VSB #40693
                                  Attorney for Plaintiff
                                  CONSUMER LITIGATION
                                  ASSOCIATES, P.C.
                                  763 J. Clyde Morris Blvd. Suite 1-A
                                  Newport News, Virginia 23601
                                  (757) 930-3660 - Telephone
                                  (757) 930-3662 – Facsimile
                                  srotkis@clalegal.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of August, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Road
Suite A-1
Richmond, Virginia  23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
E-mail: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services*

Grant Edward Kronenberg
Morris & Morris, PC
11 South 12th Street
5th Floor
Richmond, Virginia  23218
Telephone: (804) 344-6334
Facsimile: (804) 344-8359
E-mail: gkronenberg@morrismorris.com
*Counsel for Trans Union, LLC*

Mark Robert Lentz
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-mail: mrlentz@jonesday.com
*Counsel for Experian Information Solutions*

Jeffrey Dean McMahan, Jr.
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 775-1132
Facsimile: (804) 775-1061
E-mail: jmcmahan@mcguirewoods.com
*Counsel for Bank of America, N.A.*

                /s/
Susan M. Rotkis, VSB No. 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23606
(757) 930-3660 telephone
(757) 930-3662 facsimile
srotkis@clalegal.com